■ CIR ELECTRICAL CONSTRUCTION CORP., Appellant, v BLACK CREEK INTEGRATED SYSTEMS CORP. et al., Respondents, et al., Defendant. (Appeal No. 4.) [778 NYS2d 361]—Appeal from an order of the Supreme Court, Niagara County (Norman E. Joslin, J.H.O.), entered May 7, 2003. The order granted plaintiff's motion and amended the judgment entered March 13, 2003 by correcting the amount of prejudgment interest.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.